THE BUFFALO ASSOCIATION OF FIRE UNDERWRITERS, Appellant, *v.* NOXSEL-DIMICK COMPANY, Respondent.

(Argued November 28, 1932; decided December 13, 1932.)

*Francis J. Maloney* and *Henry W. Killeen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.